THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ALFERIS COBY,**<br>*Plaintiff*,<br><br>v.<br><br>**COURT OF CRIMINAL APPEALS;**<br>**KIM OGG, DISTRICT ATTORNEY OF**<br>**HARRIS COUNTY; COMMISSIONERS**<br>**COURT OF HARRIS COUNTY; CITY OF**<br>**HOUSTON POLICE DEPARTMENT;**<br>**JOSE CORONADO, HOUSTON POLICE**<br>**OFFICER; RICHARD RODRIGUEZ,**<br>**HOUSTON OFFICER; MICHAEL**<br>**BURROW, HOUSTON POLICE OFFICER;**<br>**RUSSELL GRAY, HOUSTON POLICE**<br>**OFFICER; ED GONZALEZ, SHERIFF**<br>**OF HARRIS COUNTY; SUPREME**<br>**COURT OF TEXAS IN ITS**<br>**ADMINISTRATIVE CAPACITY; INGER**<br>**H. CHANDLER, PLLC, ATTORNEY AT**<br>**LAW; BRIAN FISCHER, ATTORNEY AT**<br>**LAW; DOUGLAS BRADLEY LOPER,**<br>**ATTORNEY AT LAW; TEXAS PENAL**<br>**CODE**<br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. _____** |

## DEFENDANTS MICHAEL BURROW, JOSE CORONADO, RUSSELL GRAY, AND RICHARD RODRIGUEZ'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendants Michael Burrow, Jose Coronado, Russell Gray, and Richard Rodriguez ("HPD Officers"), file this Notice of Removal. In support of said notice, HPD Officers would respectfully show the Court as follows:

### I.   EXHIBITS TO NOTICE OF REMOVAL

1. The following documents are attached as exhibits to HPD Officers' Notice of Removal:

- Exhibit 1: Plaintiff's Complaint filed in State Court Action.
- Exhibit 2: Copies of notices of receipt of service of process in the State Court Action as of the date of this Notice of Removal.
- Exhibit 3: Defendant Douglas Loper's Original Answer.
- Exhibit 4: Index of matters being filed.
- Exhibit 5: List of all parties of record.

## II.     STATE COURT ACTION

2.      On January 3, 2023, Plaintiff Alferis Coby commenced a civil action in the 250th Judicial District Court of Travis County, Texas, by filing a complaint bearing the caption *Alferis Coby v. Court of Criminal Appeals of Texas in its administrative rule making capacity, Kim Ogg, District Attorney of Harris County, Texas in its corporate name, City of Houston Police Department in its corporate name City of Houston, Jose Coronado, HPD Officer, Richard Rodriguez, HPD Sgt., Michael Burrow, HPD Sgt., Russell Gray, HPD Sgt., Ed Gonzalez, Sheriff of Harris Co., Supreme Court of Texas; Inger H. Chandler, PLLC, Attorney at Law; Brian Fischer, Attorney at Law; Douglas Bradley Loper, Attorney at Law; and Texas Penal Code*, Cause No. D-1-GN-23-000015. (Ex. 1.)

3.      Plaintiff's complaint raises a federal cause of action, pursuant to 42 U.S.C. § 1983 and the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the U.S. Constitution. (Ex. 1 at pgs. 2, 8, and 10- 11)  Accordingly, HPD Officers now remove this case and invoke this Court's federal question subject matter jurisdiction.

## III.    GROUNDS FOR REMOVAL

**Federal Question Jurisdiction**

4.      The district courts of the United States have original jurisdiction over this action on the federal questions presented in Plaintiff's Complaint; namely, the alleged violations of 42

U.S.C. § 1983, First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the U.S. Constitution. (Ex. 1 at pgs. 2, 8, and 10- 11)

5. Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. §1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a) and (b), 1443. In addition to the original jurisdiction granted by 28 U.S.C. §1331, the Court likewise has pendant jurisdiction over all of Plaintiff's state law claims pursuant to 28 U.S.C. §1367. Therefore, removal of this action is proper.

**Venue**

6. Venue is proper in this district and division because the State Court Action is pending in Travis County, Texas, which is located within the Western District of Texas, Austin Division. *See* 28 U.S.C.§1441(a). Venue is also proper in this district and division under 28 U.S.C. § 1443 because this is a civil action for an act under color of authority derived from a law providing for equal rights and because Plaintiff commenced this proceeding in a State court in this district and division.

**Removal is Timely**

7. Defendants have 30 days after receipt of the initial pleading setting forth a federal cause of action to file a notice of removal. *See* 28 U.S.C. §1446(b)(1); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996); *Crockett v. R.J. Reynolds Tobacco Co.*, 436 F.3d 529, 532 (5th Cir. 2006). Defendants Burrow, Coronado and Rodriguez were served with Plaintiff's Original Petition on January 10, 2023, and Defendant Gray was served on January 17, 2023. (Ex. 2.) This Notice of Removal is filed within 30 days of Defendants' receipt of Plaintiff's Complaint and is therefore timely filed under 28 U.S.C. §1446(b)(1).

**Consent Required**

8. To Defendants' knowledge, Plaintiff has properly served other named defendants. Consequently, Defendants HPD Officers have obtained consent to the removal from Harris County Defendants and Defendant Douglas Bradley Loper. As of January 31, 2023, at 4:05 p.m., the Attorney General's Office records did not reflect proof of the lawsuit service on their client. 28 U.S.C. § 1446(b)(2)(A). Defendants have fulfilled all procedural requirements to timely remove the State Court Action.

**Notice Given**

9. Simultaneously with the filing of this removal, notice will be given to Plaintiff and all parties who have appeared via their attorneys of record, if any. Additionally, a copy of this Notice of Removal will be filed with the Clerk of the District of Travis County, Texas in the State Court Action under Cause #D-1-GN-23-000015.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants Michael Burrow, Jose Coronado, Russell Gray and Richard Rodriguez, pursuant to these statutes and in conformance with the requirements of 28 U.S.C. §1446, remove this action for trial from the 250th Judicial District Court of Travis County, Texas (Cause # D-1-GN-23-000015) to the United States District Court for the Western District of Texas, Austin Division.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

Kelly Dempsey
Section Chief, Torts/ Civil Rights Section

By:  */s/ Marjorie L. Cohen*
MARJORIE L. COHEN

Senior Assistant City Attorney
State Bar No. 24031960
Federal ID No. 34303
Telephone: (832) 393-6457
Email:  Marjorie.Cohen@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-0368
Phone: (832) 393-6457
Fax: (832) 393-6259

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2023, a true and correct copy of the foregoing document, and any attachments, were delivered to all opposing counsel(s) by electronic filing of same in accordance with the District's ECF service rules, and alternatively via e-mail and/or facsimile transmission, or certified mail, return-receipt requested, to:

| | |
|---|---|
| Alferis Coby #02238015<br>Robertson Unit<br>12071 FM 3522<br>Abilene, TX 79601<br>*Plaintiff* | Bradley Loper<br>111 West 15th Street<br>Houston, TX 77008<br>***Defendant*** |

<u>/s/ Marjorie L. Cohen</u><br>
MARJORIE L. COHEN

5